DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHUCK OLSON,

Appellant,

v.

BNPOPS HOJOS, LLC, and ALLISON HARDAGE,

Appellees.

No. 2D2025-1137

_____

February 25, 2026

Appeal from the Circuit Court for Pinellas County; Thomas Ramsberger, Judge.

Chuck Olson, pro se.

No appearance for Appellees.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.